# United States Bankruptcy Court
### District of New Jersey

| | | | |
|---|---|---|---|
| In re | Eric Daniel Fortmann | Case No. | 14-13739 |
| | Debtor(s) | Chapter | 13 |

## NOTICE TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1.      On   **February 28, 2014**  , the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2.      This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Date  **June 18, 2014**

Signature  **/s/ Eric Daniel Fortmann**
**Eric Daniel Fortmann**
Debtor

Attorney  **/s/ Laura S. Mann - NJ**
**Laura S. Mann - NJ 025491996**

**Law Offices of Laura S. Mann, LLC**
**1618 Union Valley Road**
**Second Floor**
**West Milford, NJ 07480**
**973-506-4881**
**Fax: 973-506-4883**
**laura@MannLegal.biz**