*Trenk, DiPasquale, Della Fera & Sodono, P.C.*

347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052-2730
Ph: 973-243-8600
Fax: 973-243-8677

August 26, 2014

David Wolff, Esq.
396 State Road 34
Matawan, NJ  07747-7115

| | |
|---|---|
| Invoice #: | 56191 |
| Client #: | 4575 |
| Matter #: | 0001 |
| Billing Attorney: | AD |

## INVOICE SUMMARY

For professional services rendered and disbursements advanced through August 26, 2014:

**RE:  Special Counsel to Trustee**
**Case No. 14-13739**

| | |
|---|---|
| Professional Services | $ 5,380.50 |
| Total Disbursements Advanced | $ 137.35 |
| **TOTAL THIS INVOICE** | **$ 5,517.85** |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:  56191                                                                                                  August 26, 2014

**PROFESSIONAL SERVICES RENDERED**

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 6/03/14 | Conference with Trustee re new case/potential insider preference; review schedules; review on-line sources re information about real estate. | .70 | 308.00 | AD |
| 6/04/14 | Review documents from client re background materials. | .40 | 176.00 | AD |
| 6/05/14 | Review default judgment motion and discuss with A Shah; draft complaint. | 1.40 | 616.00 | AD |
| 6/05/14 | Prepare and serve retention application. | 1.00 | 125.00 | JLW |
| 6/11/14 | Finalize complaint; email proposed complaint to D Wolff for review. | .20 | 88.00 | AD |
| 6/12/14 | Review client comments to complaint and email exchange with client re: same and edit complaint. | .20 | 88.00 | AD |
| 6/16/14 | Finalize complaint; draft summons and certification to defer filing fee; electronic filing of same; email to Trustee re complaint filed. | .40 | 176.00 | AD |
| 6/18/14 | Draft letters serving complaints. | .40 | 176.00 | AD |
| 6/18/14 | Telephone call with Trustee re service of complaint; letter to Winchell with courtesy copies of complaint. | .30 | 132.00 | AD |
| 6/18/14 | Review motion to convert, proposed plan and amended I and J; telephone call with Trustee re request to provide "pay advances" and tax returns. | .50 | 220.00 | AD |
| 6/18/14 | Email to debtor's counsel requesting prepetition and post-petition pay advances. | .20 | 88.00 | AD |
| 6/19/14 | Email from L Mann promising turnover of documents. | .10 | 44.00 | AD |
| 6/24/14 | Review documentation provided by debtor's counsel re income, etc.; compare to debtor's revised schedules and plan. | .30 | 132.00 | AD |
| 6/25/14 | Analyze and compare original schedules to amend schedules. | .60 | 264.00 | AD |
| 6/25/14 | Draft objection to motion to convert. | 1.30 | 572.00 | AD |
| 6/27/14 | Finalize objection to conversion and forward to Trustee for review. | .60 | 264.00 | AD |
| 6/30/14 | Telephone call with Trustee re objection to conversion. | .30 | 132.00 | AD |
| 7/01/14 | Finalize objection to conversion; electronic filing of same. | .40 | 176.00 | AD |
| 7/15/14 | Conference with Trustee re status of any further response to motion to convert. | .10 | 44.00 | AD |
| 7/15/14 | Review docket and answer deadline in preparation of monitoring deadline | .10 | 24.00 | RJS |
| 7/15/14 | Prepare Notice of Appearance for Ross J. Switkes. | .20 | 38.00 | MKB |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:  56191                                                                                     August 26, 2014

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 7/15/14 | Electronic filing of Notice of Appearance for Ross J. Switkes. | .20 | 38.00 | MKB |
| 7/18/14 | Email exchange with R Switkes re expiration of time to answer adversary proceeding. | .10 | 44.00 | AD |
| 7/18/14 | Review objection to conversion motion in preparation of oral argument | .40 | 96.00 | RJS |
| 7/19/14 | Confer with A. Dobin re: hearing on motion to convert and terms of proposed order | .10 | 24.00 | RJS |
| 7/20/14 | Review motion to convert case, schedules, opposition, and related documents in preparation of oral argument on motion to convert case to chapter 13 | 1.10 | 264.00 | RJS |
| 7/21/14 | Conference with R Switkes re outcome of motion to convert. | .20 | 88.00 | AD |
| 7/21/14 | Email to S Schiff /Chapter 13 Trustee re problems with case. | .20 | 88.00 | AD |
| 7/21/14 | Court appearance on motion to convert case | 1.10 | 264.00 | RJS |
| 7/21/14 | Review pleadings and schedules in preparation of hearing on motion to convert | .90 | 216.00 | RJS |
| 7/21/14 | Confer with A. Dobin re: outcome of conversion motion in preparation of monitoring proceedings | .20 | 48.00 | RJS |
| 7/23/14 | Review order converting case to chapter 13 and draft correspondence to trustee providing copy of same | .20 | 48.00 | RJS |
| 7/24/14 | Review correspondence to chapter 13 trustee re: adversary complaint in preparation of her decision whether to prosecute same | .10 | 24.00 | RJS |
| 7/25/14 | Conference with Trustee re transitioning file to Chapter 13 Trustee. | .10 | 44.00 | AD |
| 7/25/14 | Telephone call with trustee re: monitoring chapter 13 and status of adversary proceeding | .10 | 24.00 | RJS |
| 8/26/14 | Prepare Trenk DiPasquale fee application, electronic filing of and send copies to service list. | 1.50 | 187.50 | TEO |

**TOTAL PROFESSIONAL SERVICES    16.20 HRS    $ 5,380.50**

**DISBURSEMENTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 7/21/14 | expenses - RJS/mileage, parking to/from court appearance - 7/21 | 19.96 |
| 8/26/14 | Copying | 81.00 |

Trenk, DiPasquale, Della Fera & Sodono, P.C.

Invoice #:  56191                                                                                    August 26, 2014

| Date | Description | Amount |
|---|---|---|
| 8/26/14 | Postage | 36.39 |

**TOTAL DISBURSEMENTS ADVANCED**                    **$ 137.35**

**TOTAL THIS INVOICE**                    **$ 5,517.85**

***Trenk, DiPasquale, Della Fera & Sodono, P.C.***

347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052-2730
Ph: 973-243-8600
Fax: 973-243-8677

August 26, 2014

David Wolff, Esq.
396 State Road 34
Matawan, NJ  07747-7115

| | |
|---|---:|
| Invoice #: | 56191 |
| Client #: | 4575 |
| Matter #: | 0001 |
| Billing Attorney: | AD |

## REMITTANCE ADVICE

**RE:  Special Counsel to Trustee**
**Case No. 14-13739**

---

**BALANCE DUE THIS INVOICE**              **$ 5,517.85**

---

**TO INSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE RETURN
THIS REMITTANCE PAGE WITH PAYMENT TO
Trenk, DiPasquale, Della Fera & Sodono, P.C.**
ATTN:  Accounting Department
347 Mt. Pleasant Avenue, Suite 300
West Orange, New Jersey 07052-2730

**Wire Transfer Instructions:**

Lakeland Bank
Bernardsville, New Jersey
ABA# 021205376
Account # 980393144
Trenk, DiPasquale, Della Fera & Sodono, P.C.

**To Pay by Credit Card:**

_____ Visa  _____ Mastercard  _____ Discover
Account Number: _____
Expiration Date: _____/_____
Security Code (3 digits): _____
Amount: $_____
Name on Account: _____
Address Associated with CC Account:
_____
_____

**TERMS: DUE UPON RECEIPT**
*Thank you, your business is greatly appreciated.*